UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-09128-ODW(JEMx) | Date | January 19, 2022 |
|---|---|---|---|
| Title | Clifton Kerr v. Kevin McCarthy et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|

| Sheila English | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS)   Order Vacating Hearing on** MOTION for Preliminary Injunction[10]

     The hearing on the MOTION for Preliminary Injunction [10] scheduled for January 24, 2022 at 1:30 P.M., is hereby **VACATED** and taken off calendar.  No appearances are necessary.

     The matter stands submitted, and will be decided upon without oral argument. An order will issue.

.00/se