JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-09128-ODW (JEMx) | Date | January 24, 2022 |
|---|---|---|---|
| Title | *Clifton Kerr v. Kevin McCarthy* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order STRIKING "Rule 59 New Trial" Document [30]; Order DENYING Outstanding Motions AS MOOT [10] [17]; Order DISMISSING CASE WITH PREJUDICE (FRCP 41(a)(1)(B))**

Plaintiff filed a document styled as a "Rule 59 New Trial; Altering or Amending a Judgment Rule 11 U.S.C. 362 And Rule 11 U.S.C. 541 Notice of Automatic Stay And Notice of Violation of Bankruptcy/Automatic Stay Protections" and requests a ruling. (ECF No. 30.)

The Court has reviewed the document and sees no motion or request for any sort of relief or order in the document. Moreover, the document is out of compliance with the Local Rules governing the filing of motions. Accordingly, ECF No. 30 is ordered **STRICKEN**.

Plaintiff filed a second case document styled as a "Rule 60 Demand For Relief From a Judgement and Order and Objections - Based On Clerical Mistakes Oversights and Omissions and 28 U.S. Code 951 Oath Of Office Of Clerk and Deputies." (ECF No. 31.) The first page of the document lists Plaintiff's name and address and the name of the case in the usual locations. It also provides the number of the case, 21-9128, albeit with incorrect judge initials. At the bottom of the page, Plaintiff includes the heading "Notice of Rule 41 – Dismissal of Actions" and the following text:

The Claimant without court order tenders for filing Notice for Voluntary Dismissal of Actions in harmony with F.R.C.P Rule 41(a)(1)(A). The above caption is Voluntarily Dismissed without prejudice.

Accordingly, Plaintiff is voluntarily dismissing this action pursuant to Federal Rules of Civil Procedure ("Rule") 41.  Regarding voluntary dismissals, Rule 41(a)(1)(B) provides that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

Here, Plaintiff Kerr previously filed a state court action which was removed to this Court as *Kerr v. Butler et al.*, Case No. 2:21-cv-04762-ODW (JEMx).  That lower-number case (21-4762) and this present case (21-9128) are based on the same underlying claims against McCarthy and others.  (*Compare* Not. Removal Ex. A ("State Court Compl."), ECF No. 1-1 to 1-4 in 21-4762 *with* Pet., ECF No. 1 in 21-9128.)

On September 29, 2021, Kerr filed, in 21-4762, a Notice of Dismissal of Action pursuant to Rule 41(a)(1)(A). (Notice Dismissal, ECF No. 38 in 21-4762.)  On December 15, 2021, the Court dismissed that case pursuant to Rule 41. (Min. Order, ECF No. 42 in 21-4762.)  Pursuant to Rule 41, because Plaintiff Kerr has already dismissed an action based on the same claims (21-4762), his notice of dismissal in the present matter (21-9128) operates as an adjudication on the merits.

Accordingly, this action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).  (*See* ECF No. 31.)  Plaintiff's Motion for Preliminary Injunction, (ECF No. 10), and Defendant's Motion to Dismiss, (ECF No. 17), are both **DENIED AS MOOT**.  All dates and deadlines in this matter are hereby **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | SE |